IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Carolyn Adams v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20022**<br><br>*Guadalupe Alvarez v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20055**<br><br>*Sylvia Anderson v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.* **Civil Action No. 2:18-cv-20184**<br><br>*Inez Archie v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20159**<br><br>*Joseph and Gail Bernet v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20189**<br><br>*Carolyn and Alan J. Birmantas v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20050**<br><br>*James and Rose Blocher v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20057**<br><br>*Eileen Bowman v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20015** | **MDL No. 2848**<br>**Civil Action No. 2:18-md-02848**<br><br>*Sheila Bradley v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20088**<br><br>*Elaine Braginton v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20053**<br><br>*Margaret and Frank Bratina v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20158**<br><br>*Connie Bravo, Proposed Administrator for the Estate of Thomas Bravo v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20043**<br><br>*Patricia Breault, Individually and as Executor of the Estate of Shirley Breault v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20198**<br><br>*Dorothy Brougher v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20102**<br><br>*Nancy and William Brown v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20078** |

*Jolayne Burch v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20111**

*Shirley Butler v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20131**

*Clarence and Shirley Cain v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20060**

*Patti Campbell v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20069**

*Shirley Cartwright v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20065**

*Rosemarie Case v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20191**

*Edward Cederberg v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20073**

*Robert Coffey v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20131**

*Carolyn Cole and Larry Cole v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20134**

*Alicia Colon v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20164**

*Carol Connor v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20112**

*Freda and Edward Cooper v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20072**

*Patricia and Daniel Corrao v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20139**

*Salvatore and Viola Croce v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20252**

*Patricia and Giovanni Cutillo v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20197**

*Eleanor Dakers v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20254**

*Patricia and William Damico v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20165**

*Zabdy Daniels v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20077**

*Michael Deluca v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20076**

*Margherita DeLustro v. Merck & Co., Inc., Merck Sharp & Dohme Corp and McKesson Corp.,* **Civil Action No. 2:19-cv-20079**

*Philip and Paula DiGregorio v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20166**

*Dorothy Dillon v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20089**

*Peggy Diss v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20074**

*Michael and Shirley Dolenic v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20092**

*Shara Edwards v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20098**

*Judith Endresen-Worthy v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20025**

*Martha and Paul Everts v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20049**

*Valentina Falco v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20256**

*Adamilta Figueroa-Lerner v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20257**

*David Fontaine v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20216**

*Phyllis Ford v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20079**

*Michael Frisbie v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20129**

*Nancy and Jack Fritts v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20099**

*Donald Galloway and Conceita Pittman v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20258**

*Judy and Jerry Gladney v. Merck & Co., Inc., Merck Sharp & Dohme Corp and McKesson Corp.,* **Civil Action No. 2:19-cv-01520**

*Howard Glassco v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20065**

*Thomas and Patricia Gleason v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20139**

*Joyce Grasby v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20260**

*Judith Grenier v. Merck & Co., Inc., Merck Sharp & Dohme Corp.,* **and McKesson Corp. Civil Action No. 2:18-cv-20010**

*Burleigh Grimes v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20091**

*Debbie Guerrero v. Merck & Co., Inc., Merck Sharp & Dohme Corp and McKesson Corp.,* **Civil Action No. 2:18-cv-20261**

*Ronald and Nobuko Guse v. Merck & Co., Inc., Merck Sharp & Dohme Corp and McKesson Corp.,* **Civil Action No. 2:19-cv-20096**

*Roland and Deborah Halle v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20129**

*Lewis and Evelyn Harper v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20088**

*Mary and Dennis Higdon v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20152**

*Curtis Hiram v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20021**

*Helen Hoffman v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20180**

*Stephen Hopkins v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20264**

*Alvah Hulett v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20153**

*Linda Huter v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20067**

*Shirley Jackson v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20247**

*Richard Jones, Executor of the Estate of Shirley Jarvis v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20154**

*Damaris Jimenez v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20268**

*Mike Jones v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20269**

*William and Patricia Kelshaw v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20178**

*Donna and Robert Kish v. Merck & Co., Inc., Merck Sharp & Dohme Corp and McKesson Corp.,* **Civil Action No. 2:18-cv-20108**

*John and Trudy Kruczek v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20157**

*Henry and Theresa Kuhn v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20228**

*Cheryl and Paul Lamparella v. Merck & Co., Inc., Merck Sharp & Dohme Corp.,* **and McKesson Corp. Civil Action No. 2:18-cv-20230**

*Frances and Darren K. Lane v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:18-cv-20239

*Joann and Stephen Leavitt v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:18-cv-20285

*Etta M. Lee v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:18-cv-20048

*Vernon Lee and Manan Sommers v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-20004

*Anne and Milton Levinson v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:18-cv-20249

*Mary Linn v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-20141

*Delilah Lloyd v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:18-cv-20233

*Ernest and Brenda Malizia v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:18-cv-20235

*Thelma Marshall v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-20085

*Wanda Martinez v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:18-cv-20156

*Robert Masucci v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-20001

*Richard and Anna McDonald v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:18-cv-20240

*Patricia and Keith McKown v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:18-cv-20271

*Betty Melucci v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:18-cv-20019

*Robert Meyers v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-20148

*Grant Mobley v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:18-cv-20076

*Debra Moreno v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:18-cv-20212

*Ernest and Mary Morris v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:18-cv-20134

*Jean and Kenneth Morse v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-20130

*Rhoda Moziy v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:18-cv-20278

*Allen and Barbara Mueller v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20280**

*Linda and Robert Munger v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20282**

*Jacquelyn Nash v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20288**

*Phyllis Nelson v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20104**

*Kenneth and Delores Nicholas v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20179**

*Linda and Henry Odess v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20211**

*Nancy Orth v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20291**

*Janet and Maurice O'Shea v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20077**

*Mary Outlaw v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20172**

*James and Linda Paribello v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20135**

*Lenda Pendleton v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20070**

*Maureen Pons v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20290**

*Lillie Pratt v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20051**

*Marc and Teri Rawitt v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20135**

*Leonard and Martha Reiss v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20010**

*Sondra Reiss v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20293**

*Pedro Rivera Melendez v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20011**

*Delores and Robert Rorech v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20295**

*Linda Russ v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20243**

*Gerald Santo, Personal Representative of the Estate of James Santo v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20241**

*Gail Santoro v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20209**

*Carol Schasel v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20298**

*Garry and Virginia Schuemann v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20201**

*Karney and Patience Seymour v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20195**

*Erica Sheid v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20277**

*Mildred Sheppard v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20023**

*Leonard and Linda Sherman v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20155**

*Sandra Siudvinski v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20011**

*Peter and Maria Skumanich v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20286**

*Mary Speigle v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20158**

*Joyce Stedman v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20013**

*Ronald Stichter v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20142**

*Linda Thompson v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20224**

*Carole and John A. Triplett v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20144**

*Charles and Dorothy Turnbull v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20203**

*Patricia and Denvil VanHoose v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20058**

*Elsa and Wilfredo Vega v. Merck & Co., Inc., Merck Sharp & Dohme Corp and McKesson Corp.,* **Civil Action No. 2:18-cv-20220**

*Anthony Vespa v. Merck & Co., Inc., Merck Sharp & Dohme Corp.,* **and McKesson Corp. Civil Action No. 2:18-cv-20202**

*Catherine Wade v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20219**

*Evelyn Wagner v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20218**

*Mary and David Waldroup v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20056**

*Edward Waszak v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20265**

*Martha Watson v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20136**

*Janet and Van Welty v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20262**

*Eron and Vernon West v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20259**

*Julie Grace Wiencek v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20107**

*Waverly Williams v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20124**

*Jean Wright v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20181**

*Olynda Wylie v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20138**

*Michael and Sandra Yasso v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20253**

*Matthew Zarosl, Individually and as Proposed Administrator of the Estate of Barbara Zarosl v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20194**

*Felip Zielinski v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:18-cv-20177**

PRETRIAL ORDER NO. 285

AND NOW, this 30th day of March, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the omnibus motion of Merck & Co., Inc. and Merck Sharp & Dohme Corp. to dismiss the 146[1] above captioned actions (Doc. # 393) is GRANTED in part and DENIED in part.

    (1)   The motion to dismiss Meyers v. Merck & Co., Inc., et al., Civil Action No. 19-20148 is GRANTED with prejudice.

    (2)   The motion to dismiss Damico, et al. v. Merck & Co., Inc., et al., Civil Action No. 18-20165 is GRANTED with prejudice.

    (3)   The motion to dismiss Frisbie v. Merck & Co., Inc., et al., Civil Action No. 19-20129 is GRANTED with prejudice.

    (4)   The motion to dismiss Siudvinski v. Merck & Co., Inc., et al., Civil Action No. 19-20011 is GRANTED with prejudice.

    (5)   The motion to dismiss Speigle v. Merck & Co., Inc., et al., Civil Action No. 18-20158 is GRANTED with prejudice.

---

1.   The court denied the motion of Merck to dismiss 60 of the 146 actions captioned above as moot (Docs. ## 458 & 459).  Of the 146 actions, 86 remain subject to the motion.

(6) The motion to dismiss as to Birmantas, et al. v. Merck & Co., Inc., et al., Civil Action No. 19-20050 is DENIED. However, no evidence of any diagnosis, treatment, or examination of Carolyn Birmantes by unidentified Drs. Julio Ramos and Sautkaskas shall be admitted.

(7) The motion to dismiss as to Burch v. Merck & Co., Inc., et al., Civil Action No. 19-20111 is DENIED. However, no evidence of any communication between Jolayne Burch and any health care provider about whether Zostavax caused her to contract the shingles shall be admitted.

(8) The motion to dismiss as to Jones v. Merck & Co., Inc., et al., Civil Action No. 18-20269 is DENIED. However, no evidence to support any claim that Zostavax caused Mike Jones injuries other than the shingles and the related pain and blisters shall be admitted.

(9) The motion to dismiss as to Mobley, et al. v. Merck & Co., Inc., et al., Civil Action No. 18-20076 is DENIED. However, no evidence to support any claim that Zostavax caused Grant Mobley loss of vision shall be admitted.

(10) The motion to dismiss as to Rivera Melendez v. Merck & Co., Inc., et al., Civil Action No. 18-20011 is DENIED. However, no evidence to support a claim that Zostavax caused Pedro Rivera Melendez any injury to his eyes shall be admitted.

(11) The motion to dismiss as to <u>Santoro v. Merck & Co., Inc., et al.</u>, Civil Action No. 18-20209 is DENIED. However, no evidence in support of any claim for out-of-pocket medical expenses shall be admitted.

(12) The motion is DENIED in the 75 remaining Civil Action Nos. 18-20010, 18-20019, 18-20021, 18-20043, 18-20049, 18-20067, 18-20074, 18-20079, 18-20108, 18-20131, 18-20134, 18-20136, 18-20139, 18-20144, 18-20154, 18-20159, 18-20164, 18-20172, 18-20177, 18-20181, 18-20184, 18-20191, 18-20197, 18-20198, 18-20202, 18-20212, 18-20218, 18-20219, 18-20220, 18-20224, 18-20228, 18-20235, 18-20240, 18-20241, 18-20243, 18-20252, 18-20254, 18-20258, 18-20259, 18-20260, 18-20262, 18-20264, 18-20265, 18-20271, 18-20278, 18-20282, 18-20285, 18-20286, 18-20290, 18-20293, 19-01520, 19-20004, 19-20010, 19-20053, 19-20055, 19-20056, 19-20058, 19-20060, 19-20065, 19-20069, 19-20079, 19-20089, 19-20091, 19-20098, 19-20099, 19-20102, 19-20107, 19-20112, 19-20124, 19-20130, 19-20135, 19-20138, 19-20139, 19-20141, 19-20155.

BY THE COURT:

/s/ Harvey Bartle III
                    J.